Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 22, 1958

No. 61852.—Amicale Industries, Inc., et al. v. United States, protests 304696–K, etc. (Norfolk).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of R. J. Saunders & Co., Inc. v. United States (37 Cust. Ct. 267, C. D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.

No. 61853.—B. Altman & Co. et al. v. United States, protests 208163–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in Wm. S. Pitcairn Corp. v. United States (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

No. 61854.—B. Altman & Co. et al. v. United States, protests 220100–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in Wm. S. Pitcairn Corp. v. United States (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

No. 61855.—Davies, Turner & Co. v. United States, protest 307301–K (New York).